September 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

HERITAGE GULF COAST PROPERTIES, LTD. AND SUMER S. PINGLIA,
Appellants and Cross-Appellees

NO. 14-11-00976-CV
NO. 14-11-00980-CV                              V.

SANDALWOOD APARTMENTS, INC., JAIKISHIN S. BHAGIA, NANIK S. BHAGIA, AND WOODBRIDGE PROPERTIES, LLC,
Appellees and Cross-Appellants

_____

This cause, appeals from the judgment signed August 3, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order that Heritage Gulf Coast Properties, Ltd. and Sumer S. Pinglia, jointly and severally, pay one-half of the total costs incurred by all parties to these appeals, and that Sandalwood Apartments, Inc., Jaikishin S. Bhagia, Nanik S. Bhagia, and Woodbridge Properties, LLC, jointly and severally, pay one-half of the total costs incurred by all parties to these appeals.

We further order this decision certified below for observance.